# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2007

132957

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE SUMMER MICHELLE CAMPBELL and
JAMES COREY IRONS, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

       SC: 132957
       COA: 270610
       Oakland CC
       Family Division: 05-706227-NA

BEVERLY DAWN CAMPBELL,
       Respondent-Appellant.

_____/

     On order of the Court, the application for leave to appeal the December 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2007                  _____

s0130                                   Clerk